## Commonwealth ex rel. Adams, Appellant, v. Maroney.

Argued November 14, 1966. *Donald C. Bush*, with him *Walter G. Stanton*, and *Griggs, Moreland, Blair & Douglass*, for appellant; *Edwin J. Martin*, Assistant District Attorney, with him *Charles B. Watkins*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Clark, Appellant, v. Maroney.

Submitted November 14, 1966. *John Clark*, appellant, in propria persona; *Robert J. Cassidy*, First Assistant District Attorney, and *Ferdinand F. Bionaz*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Dorian, Appellant, v. Maroney.

Submitted November 14, 1966. *Sheldon A. Dorian*, appellant, in propria persona; *Blair V. Pawlowski*, Assistant District Attorney, and *Ferdinand F. Bionaz*, District Attorney, for appellee.

Order affirmed.